UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA MCNABB, | ) | Case No. 1:19CV350 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | Magistrate Judge George J. Limbert |
| | ) | |
| EQUITY ADMINISTRATIVE SERVICES, | ) | |
| INC., originally named as Equity Trust | ) | REPORT AND RECOMMENDATION |
| Company, et al., | ) | OF MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |

On August 30, 2019, the undersigned issued an Order to Show Cause to Plaintiff Christina McNabb ("Plaintiff") after she failed to participate in a telephonic status conference held on that date. ECF Dkt. #23. The undersigned ordered Plaintiff to show cause on or before September 6, 2019 by calling this Court's Courtroom Deputy so that a second telephonic status conference could be scheduled. *Id*. A copy of this Order to Show Cause was mailed to Plaintiff on August 30, 2019. As of the date of this Report and Recommendation, Plaintiff has not contacted the Court nor filed any documents explaining her failure to participate in this case.

The undersigned's Order to Show Cause explicitly stated that if Plaintiff failed to contact the undersigned's Courtroom Deputy by September 6, 2019 so that a second telephonic status could be scheduled, the undersigned would recommend that the Court dismiss the instant case without prejudice based upon her failure to participate in the telephonic status conference and her failure to respond to correspondence mailed to her by counsel for Defendants. Rule 16(f) of the Federal Rules of Civil Procedure is entitled "Sanctions" and provides, in relevant part:

-1-

> (1) *In General.* On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii) - (vii), if a party or its attorney:
>
> > (A)     fails to appear at a scheduling or other pretrial conference;

Fed. R. Civ. P. 16(f)(1)(A).  Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure instructs that this Court may dismiss an action in whole or in part for such a failure.  Fed. R. Civ. P. 37(b)(2)(A)(v).  Rules 16 and 37 make clear the power of the Court to use various measures in order to manage cases so as to avoid unnecessary delay and congestion.  *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

Since Plaintiff has failed to participate at the telephonic status conference, failed to respond to correspondence by Defendants' counsel, and has failed to provide cause for her failures to do so and to pursue her case, the undersigned recommends that the Court DISMISS the instant case without prejudice.

Dated: September 10, 2019              */s/George J. Limbert*
                                                        GEORGE J. LIMBERT
                                                        UNITED STATES MAGISTRATE JUDGE

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice.  Fed. R. Crim. P. 59.  Failure to file objections within the specified time constitutes a WAIVER of the right to appeal the Magistrate Judge's recommendation.